UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12cr10350 |
| v. | VIOLATION: |
| LOYD VINCENT MANNING, JR., | 18 U.S.C. § 2261A(2)(A) (Stalking) |
| Defendant. | |

# INDICTMENT

**COUNT ONE**: 18 U.S.C. § 2261A(2) (A)-- Stalking

The Grand Jury charges that:

From on or about November 21, 2011 to on or about September 8, 2012,

## LOYD VINCENT MANNING, JR.

the defendant herein, with the intent to harass, intimidate and cause substantial emotional distress to a person known to the Grand Jury as "ST," used an interactive computer service and a facility of interstate commerce to engage in a course of conduct that caused substantial emotional distress to ST, who was at that time in another State, to wit: the Commonwealth of Massachusetts, in the District of Massachusetts and the State of Florida.

All in violation of Title 18, United States Code, Section 2261A(2)(A).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
THOMAS E. KANWIT
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    November 13, 2012

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk   11/13/12 @ 1:25pm